**No. 56992.**—S. B. Penick & Co. v. United States, protest 189800–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of ichthamol similar in all material respects to that the subject of *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 17, 1952

**No. 56993.**—Philipp Bros., Inc. v. United States, protest 159909–K (Philadelphia).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of aluminum scrap in chief value of metal and that it is second-hand or waste or refuse, fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.